1  STANLEY L. GIBSON (047882)
   JOSHUA A. SOUTHWICK (246296)
2  GIBSON ROBB & LINDH  LLP
   100 First Street, 27th Floor
3  San Francisco, California  94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001
   Email: sgibson@gibsonrobb.com
5  Email: jsouthwick@gibsonrobb.com

6  Attorneys for Plaintiffs
   FARMERS' RICE COOPERATIVE and
7  GREAT AMERICAN INSURANCE COMPANY

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | FARMERS' RICE COOPERATIVE, a      ) | Case No.  CV 09-4177
   | corporation; GREAT AMERICAN       ) |
13 | INSURANCE COMPANY, a corporation; ) | **JOINT STIPULATION TO FILE**
   |                                   ) | **AMENDED COMPLAINT**
14 |       Plaintiff,                  ) |
   |                                   ) |
15 |    v.                             ) |
   |                                   ) |
16 |                                   ) |
   | SCOULAR COMPANY d.b.a. TSC        ) |
17 | CONTAINER FREIGHT, a corporation; ) |
   |                                   ) |
18 |       Defendant.                  ) |
   |                                   ) |
19 |_____) |

20     Pursuant to Local Rules 5 and 6, Plaintiffs FARMER'S RICE COOPERATIVE and

21 GREAT AMERICAN INSURANCE COMPANY (collectively "FARMERS RICE") and

22 defendant SCOULAR COMPANY d.b.a. TSC CONTAINER FREIGHT stipulate that

23 FARMERS RICE shall file an amended complaint on or before December 16, 2009.   Following

24 the filing of this suit, the parties discovered at least 7 additional related claims between them for

25 odor damage to rice.  The parties believe that it would be in the interest of judicial economy for

26 all such claims to be resolved in the same suit.  Accordingly, the parties have executed this

27 stipulation in lieu of defendant SCOULAR COMPANY filing an answer to the current complaint

28 herein.  It is also anticipated that the amended complaint may require adding new defendants,

JOINT STIPULATION TO FILE AMENDED COMPLAINT
Case No. CV 09-4177; Our File No. 5474.64

1  including without limitation the vessel-operating ocean carriers for the subject shipments of rice.

3  Dated: November 16, 2009                GIBSON ROBB & LINDH LLP

5                                          By: S/ JOSHUA A. SOUTHWICK
                                               Joshua A. Southwick
6                                              Attorneys for Plaintiffs
                                               FARMERS' RICE COOPERATIVE
7                                              and GREAT AMERICAN INSURANCE
                                               COMPANY

9  Dated: November 13, 2009                FLYNN, DELICH & WISE LLP

11                                         By: S/ CONTE C. CICALA
                                               Conte C. Cicala
12                                             Attorneys Appearing Specially for
                                               Defendant SCOULAR COMPANY

*IT IS SO ORDERED*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA